# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CV 03-01058 DDP (CTx) | Date | May 14, 2003 |
|---|---|---|---|

| Title | WELLMIKE ENTERPRISE CO., LTD. -V- THE HOLMES GROUP |
|---|---|

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

NO APPEARANCE      NO APPEARANCE

Proceedings:

    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff(s) is ordered to show cause in writing no later than June 2, 2003 why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s).

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, <u>no oral argument</u> of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

[Stamp: ENTER ON ICMS MAY 15 2003]

Initials of Preparer