```
Surjit P. Soni (State Bar No. 127419)
Brian M. Carpenter (State Bar No. 195318)
THE SONI LAW FIRM
55 South Lake Avenue, Suite 720
Pasadena, California  91101
(626) 683-7600 FAX: (626) 683-1199
Attorneys for Plaintiffs,
WellMike Enterprise Co., LTD. and MIKE CHEN
```

**FILED CLERK, U.S. DISTRICT COURT**
**JUN - 8 2004**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY ___ DEPUTY**

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLMIKE ENTERPRISES CO., LTD. and MIKE CHEN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE HOLMES GROUP, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.  CV 03-1058 DDP (CTx) <br><br> Honorable Dean D. Pregerson <br><br> ***ORDER AND STIPULATION OF DISMISSAL*** |

SCAN ONLY ✓
___ Priority
___ Send
___ Clsd
___ Enter
✓ JS-5/JS-
___ JS-2/JS-

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and their respective counsel hereto that this action be dismissed with prejudice as to all claims against all parties without costs or attorneys fees pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: May 21, 2004

| THE SONI LAW FIRM | HOFFMANN & BARON, LLP |
|---|---|
| By: _/s/ Surjit P. Soni_ <br> Surjit P. Soni <br> Brian M. Carpenter <br> Attorneys for Plaintiff <br> WellMike Enterprise Co., <br> LTD. and MIKE CHEN | By: _/s/ Charles R. Hoffmann_ <br> Charles R. Hoffmann <br> Glenn T. Henneberger <br> Attorneys for Defendant, <br> The Holmes Group |

SO ORDERED THIS 8th Day of JUNE, 2004

_/s/ Dean D. Pregerson_
United States District Judge

**DOCKETED ON CM**
**JUN - 9 2004**
**BY ___ 014**

ORDER AND STIPULATION OF DISMISSAL
Case No. CV 03-1058 DDP (CTx)

## PROOF OF SERVICE
1013a (3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 55 South Lake Avenue, Suite 720, Pasadena, California 91101.

On **May 28, 2004**, I served the foregoing described as: **ORDER AND STIPULATION OF DISMISSAL** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Hall R. Marston
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
801 South Figueroa Street
18th Floor
Los Angeles, CA 90017-5556
Fax: (213) 426-6921

Charles R. Hoffman (Pro Hac Vice)
Glenn T. Henneberger (Pro Hac Vice)
HOFFMAN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791
Fax: (516) 822-3582

[X] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on **May 28, 2004**, at Pasadena, California.

_____
Lauren P. Coyle